# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  07CR3329 JM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No.  05730298 |
| James Michael Duke | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __April 18, 2008__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ____ Defendant released on $_____ bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- ✓ Defendant sentenced to TIME SERVED, supervised release for __2__ years.
- ____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- ____ Other. ____

FILED APR 18 2008

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
Deputy Clerk

Crim-9  (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY